# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 20, 2025

*Before*

AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 25-1187 | NYZIER FOURQUREAN,<br>　　　　　Plaintiff - Appellee<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br>　　　　　Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 3:25-cv-00068-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley | |

The following are before the court:

1. **DEFENDANT-APPELLANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S MOTION TO EXPEDITE**, filed on February 12, 2025, by counsel for the appellant.

2. **PLAINTIFF-APPELLEE NYZIER FOURQUREAN'S BRIEF OPPOSING DEFENDANT-APPELLANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S MOTION TO EXPEDITE APPEAL**, filed on February 19, 2025, by counsel for the appellee.

**IT IS ORDERED** that the motion to expedite is **GRANTED** to the extent that briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by March 19, 2025.

2. The brief of the appellee is due by April 18, 2025.

3. The reply brief of the appellant, if any, is due by May 2, 2025.

No extensions will be granted absent extraordinary circumstances. Oral argument will be scheduled for the week of May 27-30, 2025.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).